# NORTHERN MANHATTAN IMPROVEMENT CORPORATION

76 Wadsworth Avenue
New York, NY 10033
(212) 822-8300
FAX (212) 740-9646/5
FAX (212) 928-4180

August 11, 2014

VIA ECF

Hon. Analisa Torres
United States District Judge
United State Courthouse
500 Pearl Street
New York, N.Y. 10007

      Re:   Marlene Santos De Martin v. Gary Kavulich
           and Kavulich & Associates, P.C.
           14 Civ. 2264 (AT) (AJP)

Dear Judge Torres:

    I am the plaintiff's attorney in this case.

    As per your memo endorsed order of July 17, 2014, the parties were required by today to file a joint letter and proposed case management plan and scheduling order, and to attend an initial status conference on August 14, 2014.

    Both defendants, however, have now defaulted, and plaintiff will proceed with an application for default judgment in accordance with FRCP Rule 55(b), the Southern District's Local Rule 55.2, and the procedure outlined in Appendix A to your individual rules.

    It would nevertheless be helpful (to plaintiff, at least) to go forward with the initial conference to set a schedule for the submission of plaintiff's application.  It should require no more than a few minutes of the Court's time.

                             Very truly yours,

                             James M. Baker

JMB/jb